# UNITED STATES DISTRICT COURT

__Middle__ District of __Tennessee__

Jason Russell Randolph

V.

Ronnie Dale Schubert, Gary Green
David E. Beaty, City of
Crossville, Tennessee

## BILL OF COSTS

Case Number: 2:06-0050
Consolidate with No. 2:06-0058

Judgment having been entered in the above entitled action on __11/9/06__ against __All Defendants__,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ..(Admission Fee of Andrew C. Clarke) | $ 200.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 649.63 |
| (documentation attached hereto)    TOTAL | $ 849.63 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __Robert Watson & Daniel Rader__.

Signature of Attorney: _Andrew C Clarke_

Name of Attorney: __Andrew C. Clarke__

Costs to be presented to Clerk for taxation on (no sooner than 5 days from service): 11/27/06 at 12:00 a.m./p.m.

For: __Jason Russell Randolph__    Date: __11/15/06__
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court    Deputy Clerk    Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

CERTIFICATE OF SERVICE

  I, Andrew C. Clarke, do hereby certify that a true and correct copy of the Bill of Costs executed by Andrew C. Clarke and the Bill of Cost executed by Stephen A. Burroughs has been served upon the following persons by e-mail and placing the same in the U.S. Mail, postage prepaid:

Daniel H. Rader, III
P.O. Box 3347
Cookeville, Tennessee 38502

Robert H. Watson, Jr.
P.O. Box 131
Knoxville, Tennessee 37901-0131

Stephen A. Burroughs
1750 Riverview Tower
900 South Gay Street
Knoxville, Tennessee 37902

This the 15th day of November, 2006.

              Andrew C. Clarke

JASON RANDOLPH
V.
SCHUBERT, GREEN, BEATY & CITY OF CROSSVILLE

EXPENSE SHEET

| Date | Expense | Check # | Amount |
|---|---|---|---|
| 8/4/04 | BCB courier – pickup Certificate of Good Standing - (Roundtrip $15.00 each way) | | $30.00 |
| 8/4/06 | USDC Western Section – Certificate of Good Standing | 18210 | $15.00 |
| 8/14/06 | USDC Middle Section – Admission Fee | 18231 | $200.00 |
| 9/12/06 | Federal Express Fees | 18309 | $16.40 |
| 11/7/06 | TBI – copy charges | 10937 | $4.20 |
| 11/14/06 | Copy Charges through 11/14/06 | | $555.75 |
| 11/14/06 | Postage Charges through 11/14/06 | | $28.28 |
| | | TOTAL | $849.63 |

**BAILEY, CLARKE & BENFIELD COURIERS**  
**TELEPHONE: 680-9777**　　　　　　　　　　DATE: __8/4/06__

*********************************************************************

CASE: __RANDOLPH V. SCHUBERT__　　　DOCKET: _____

COURT:　( ) CIRCUIT　　( ) CHANCERY　　( ) PROBATE　　( ) GENERAL SESSIONS  
(X) __FEDERAL__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

( )　PLEADING NAME: _____

　　　( ) FILE ORIGINAL　　　( ) RETURN ____ STAMPED FILED COPIES

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

( )　COMPLAINT　　CASE TYPE:　( ) AUTO　( ) WORKERS' COMP　( ) PI  
　　　　　　　　　　　　　　　( ) MEDICAL MAL　( ) OTHER: _____

　　JURY DEMANDED: YES  NO　　　　NO. OF DEFENDANTS: _____  
　　NO. DEFENDANTS LOCAL: _____　　NO. DEFENDANTS O/T: _____  
　　( ) FILE ORIGINAL AND ____ COPIES  
　　( ) RETURN ____ STAMPED FILED COPIES  
　　( ) CHECK FOR $_____ ATTACHED.  
　　( ) OTHER CHECKS ATTACHED: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

( )　SERVICE OF PROCESS　　( ) SHERIFF　　　　( ) COMMISS. OF INS.  
　　　　　　　　　　　　　　( ) PRIVATE PROCESS　( ) SEC. STATE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

( )　MOTION　NAME: _____  
　　( ) FILE ORIGINAL　　　( ) RETURN ____ STAMPED FILED COPIES  
　　OPPOSING COUNSEL: _____

　　( ) SET MOTION: FRIDAY _____ AT 9:00 A.M.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

( )　HAND-DELIVERY: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(X)　OTHER: __PICK UP CERTIFICATE OF GOOD STANDING - $15.00 - RETURN - $15.00__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMPLETED BY: _____　　DATE: _____

**Receipt:**



| Intake Clerk: | Receipt Number: | Receipt Date: |
|---|---|---|
| chris | M102840 | 08/04/2006 |

## United States District Court
### Western District of Tennessee

Western Division-Memphis  
167 N. Main, Room 242  
Memphis, TN 38103  
(901) 495 - 1200

Eastern Division-Jackson  
Room 262, 111 South Avenue  
Jackson, TN 38301  
(731) 421-9200

Received From:  
BAILEY CLARKE

Cash:  
Check:  $15.00     Check Number: 18210  
Credit:  
Total Amount      $15.00  
Total Amount Paid:  $15.00  
Change:   $.00

**Receipt Details**

1  Certificate of Good Standing        Amount Owed:        $15.00

ANDREW CLARKE

Total Lines: 1        Total Amount:     $15.00

Bailey, Clarke & ifield Attorneys at Law

Fee   Court Clerk

18210

8/4/2006

15.00

*Randolph*

checking    Certificate of Good Standing ACC

15.00

18231

USDC — 200.00/100

Randolph v Crossville

8/14/06

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 8-396-80780 | Sep 06, 2006 | 1508-5568-3 |

Dropped off: Aug 07, 2006    Cust. Ref: NO REFERENCE INFORMATION    Ref. #2:
Payor: Shipper                Ref. #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
- Distance Based Pricing, Zone 4
- Package Delivered to Recipient Address - Release Authorized

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 856799557296 | M BENFIELD | J BENFIELD | |
| Service Type | FedEx Priority Overnight | BAILEY, CLARKE & BENFIELD | 204 ALLEN SPRINGS RD | |
| Package Type | FedEx Envelope | 6256 POPLAR AVE | HORSE SHOE NC 28742 US | |
| Zone | 04 | MEMPHIS TN 38119-4713 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 17.90 |
| Delivered | Aug 08, 2006 16:30 | Discount | | -3.76 |
| Svc Area | PM | Residential Delivery | | 2.10 |
| Signed By | 9999999999999 | Fuel Surcharge | | 2.26 |
| FedEx Use | 022000306/0000208/02 | Delivery Area Surcharge | | 2.10 |
| | | Total Charge | USD | $20.60 |

Dropped off: Aug 09, 2006    Cust. Ref: NO REFERENCE INFORMATION    Ref. #2:
Payor: Shipper                Ref. #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
- Distance Based Pricing, Zone 4
- Package sent from: 38118 zip code
- Shipment delivered to address other than recipient's.

*Randolph*

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 856799557491 | ANDY CLARKE | STEPHEN BURROUGHS | |
| Service Type | FedEx Priority Overnight | BAILEY, CLARKE & BENFIELD | 900 SOUTH GAY ST 1750 RIVERVIE | |
| Package Type | FedEx Envelope | 6256 POPLAR AVE | KNOXVILLE TN 37902 US | |
| Zone | 04 | MEMPHIS TN 38119-4713 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 10, 2006 09:13 | Transportation Charge | | 17.90 |
| Svc Area | A1 | Fuel Surcharge | | 2.26 |
| Signed By | M.HARDT | Discount | | -3.76 |
| FedEx Use | 022120124/0000208/04 | Total Charge | USD | $16.40 |

Dropped off: Aug 11, 2006    Cust. Ref: NO ORIGINAL REF    Ref. #2:
Payor: Shipper                Ref. #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
- Distance Based Pricing, Zone 4
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 856799557300 | ALICIA HAYMON | JOHN ROBERSON | |
| Service Type | FedEx Standard Overnight | BAILEY, CLARKE & BENFIELD | . | |
| Package Type | FedEx Pak | 6256 POPLAR AVE | 246 OUTBACK RIDGE TRL | |
| Zone | 04 | MEMPHIS TN 38119-4713 US | JASPER GA 30143 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 22.80 |
| Delivered | Aug 14, 2006 13:07 | Residential Delivery | | 2.10 |
| Svc Area | AM | Delivery Area Surcharge | | 2.10 |
| Signed By | 9999999999999 | Discount | | -3.42 |
| FedEx Use | 022400413/0001327/02 | Fuel Surcharge | | 3.10 |
| | | Total Charge | USD | $26.68 |

|  |  | Shipper Subtotal | USD | $131.25 |



PAID
CK. NO. 18309
DATE 9-12-06

 

**TENNESSEE BUREAU OF INVESTIGATION**
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639
(615) 744-4000
Facsimile (615) 744-4500
TDD (615) 744-4001

**PHIL BREDESEN**
GOVERNOR

**MARK GWYN**
DIRECTOR

Prepared for: Andrew C. Clarke
Attorney at Law
Borod & Kramer, P.C.
80 Monroe Avenue, Suite G1
Memphis, Tennessee 38103

INVOICE:

For: 21 pages copied

Re: Jason Russell Randolph
TBI Lab case number: 051008990

21 pages @ .20 per page = $4.20

Make check payable to: Tennessee Bureau of Investigation

# 10937
11/7/06

INTERNATIONALLY ACCREDITED SINCE 1994

**BOROD & KRAMER, P.C.**                                                                                                   **10937**

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 11/07/06 | 648 Tennessee Bureau of Investigations lab case number 051008990 | | 4.20 | | 4.20 |

| CHECK DATE | CONTROL NUMBER | TOTALS | Gross: | Ded: | Net: | |
|---|---|---|---|---|---|---|
| 11/07/06 | 10937 | ▶ | 4.20 | 0.00 | | 4.20 |

JASON RANDOLPH
V.
SCHUBERT, GREEN, BEATY & CITY OF CROSSVILLE

COPY EXPENSES
@ .25 per copy

| Date | Number of Copies | Cost |
| --- | --- | --- |
| 10/17/06 | 362 | $90.50 |
| 10/23/06 | 50 | $12.50 |
| 10/24/06 | 1,692 | $423.00 |
| 10/26/06 | 48 | $12.00 |
| 10/27/06 | 15 | $3.75 |
| 11/8/06 | 56 | $14.00 |
| TOTAL | 2,223 | $555.75 |

| DATE | CLIENT MATTER | NUMBER OF COPIES | |
|---|---|---|---|
| ?-11 | SINN | 14 | |
| ?-12 | SULLIVAN | 3 | |
| ?-13 | WEAVER | | |
| 10-13 | FORTNER | 3 | |
| | BURKE | 2 | |
| ?-16 | MCGOFF | 2 | |
| ?-16 | SULLIVAN | 3 | |
| ?-17 | RANDOLPH | 157, 16x4, 141 | $90.50 |
| 10-18 | BROWN CEDRIC | 3 | |
| | COCHRAN | 2 | |
| 10-19 | ARCURI | 3 | |
| 10-20 | PARR | 2 | |
| 10-23 | | 37, 14 | |
| | RANDOLPH | 50 | $12.50 |
| 10-24 | RANDOLPH | 1,692 | $423.00 |
| 10-26 | RANDOLPH | 36 | $12.00 |
| 10-27 | RANDOLPH | 15 | $3.75 |
| 0-31 | SINN | 56x3 | |
| 11-? | | ?, 5, 20 | |
| | RANDOLPH | 56 | $14.00 |
| 11-13-06 | BURKE | 311 | |
| | FERGUSON | 2 | |
| | MCGOFF | 2 | |
| | SINN | 2 | |

TOTAL: $555.75

{L:\WDOX\BKFirm\forms\misc\00013098.DOC}

JASON RANDOLPH
V.
SCHUBERT, GREEN, BEATY & CITY OF CROSSVILLE

POSTAGE EXPENSES

| Date | | Cost |
|---|---|---|
| 10/26/06 | 3 times $0.87 & 4 times $4.64 | $21.17 |
| 10/27/06 | 3 times $0.39 | $1.17 |
| 11/3/06 | 3 times $0.39 | $1.17 |
| 11/8/06 | 3 times $1.59 | $4.77 |
| TOTAL | | $28.28 |



# POSTAGE

| DATE | CLIENT MATTER | QUANTITY | AMOUNT | |
|---|---|---|---|---|
| 10-20-06 | TP | 4 | .39 | |
| 10-20-06 | PARR | 1 | .39 | |
| 10-20-06 | TP | 1 | .39 | |
| 10-23-06 | Cleaves | 1 | .39 | |
| 10-26-06 | Randolph | 3 | .87 | 2.61 |
| " | " | 4 | 4.64 | 18.56 |
| | Brown, Toyota | 2 | .39 | |
| 10-27-06 | Randolph | 3 | .39 | 1.17 |
| | Hamilton, C | 1 | .39 | |
| 10-30-06 | TP | 2 | .39 | |
| 10-31-06 | Sinn | 2 | 2.55 | |
| 10-31-06 | Hamilton, C | 1 | 4.05 | |
| | Arcuri | 1 | .39 | |
| 10-31-06 | TP | 18 | .39 | |
| " " | Childres | 3 | .39 | |
| 11-1-06 | Friedm | 4 | .39 | |
| 11-2-06 | TP | 194 | 1.35 | |
| 11-2-06 | TP/Argentina | 20 | 6.00 | |
| 11-2-06 | TP/Colombia | 28 | 6.00 | |
| | TP/Russia | 2 | 6.00 | |
| | TP/Chile | 2 | 6.00 | |
| | TP/Italy | 1 | 4.10 | |
| | TP/Canada | 1 | 2.85 | |
| | TP/Mexico | 1 | 5.15 | |
| | TP/Ireland | 1 | 4.10 | |
| | ICA | 1 | .39 | |
| | TP | 1 | .28 | |
| 11-3-06 | Randolph | 3 | .39 | 1.17 |
| 11-3-06 | TP | 33. | .39 | |
| 11-3-06 | TP | 1 | 6.00 | |
| 11-3-06 | Barton | 2 | .87 | |
| 11-3-06 | TP | 12 | .39 | |
| 11-6-06 | TP | 506 | 1.35 | |
| | TP/Chile | 13 | 6.00 | |
| | TP/Argentina | 36 | 6.00 | |
| | TP/Colombia | 35 | 6.00 | |
| | TP/Venezuela | 2 | 6.00 | |
| | TP/Bolivia | 2 | 6.00 | |
| | TP/Russia | 1 | 6.00 | |
| | TP/Uruguay | 2 | 6.00 | |
| | TP/New Zealand | 2 | 4.25 | |
| | TP/Ecuador | 1 | 6.00 | |
| 11-6-06 | Ratchford | 2 | .39 | |

{L:\WDOX\BKFirm\forms\misc\00013101.DOC}

| DATE | CLIENT MATTER | QUANTITY | AMOUNT | |
|---|---|---|---|---|
| 11-06 | Riding Kent | 3 | bill | |
| ~~11-06~~ | ~~James Carter~~ | 4 | ~~bill~~ | |
| 11-8-06 | Jennifer Porter | 1 | 5.00 | |
| 11 | 11 | 1 | .39 | |
| 11-8-06 | BURKE | 2 | .39 | |
| | RANDOLPH | 3 | 1.59 | 4.77 |
| 11-9-06 | TP | 124 | 1.35 | |
| | TP/Argentina | | 6.00 | |
| | TP/Colombia | 123 | 6.00 | |
| ,  -06 | Canada | 1 | .39 | |
| 11-10-06 | | 30 | 6.00 | |
| | TP/Canada | 2 | 2.85 | |
| | TP/Russia | 6 | 6.00 | |
| | TP/Venezuela | 5 | 6.00 | |
| | TP/Australia | 1 | 4.25 | |
| | TP/Hungary | 1 | 6.00 | |
| | TP/France | 1 | 4.10 | |
| | TP/Latvia | 1 | 6.00 | |
| | Luxemburg | 1 | 6.00 | |
| | New Mexico | 1 | 6.00 | |
| | TP | .39 | .39 | |
| | TP | 1 | 1.83 | |
| | TP | 1 | 2.07 | |
| -06 | Harris | 2 | .87 | |

TOTAL: $28.28

{L:\WDOX\BKFirm\forms\misc\00013101.DOC}