UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| JASON RUSSELL RANDOLPH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CONSOLIDATED |
| v. ) | No. 2:06-0050 |
| ) | No. 2:06-0058 |
| ) | JUDGE ECHOLS |
| RONNIE DALE SCHUBERT; GARY ) | |
| GREEN; CHIEF OF POLICE, DAVID ) | |
| E. BEATY; THE CITY OF ) | |
| CROSSVILLE, TENNESSEE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

Plaintiff Jason Randolph's Motion for an Award of Attorneys' Fees, Costs and Expenses (Docket Entry No. 37) is hereby GRANTED IN PART AND DENIED IN PART as follows:

(1) The Court AWARDS Plaintiff $28,329.62 in attorneys' fees; and

(2) Plaintiff is entitled to $968.49 in costs as taxed by the Clerk in the Final Taxation of Costs on February 23, 2007 (Docket Entry No. 60).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE